| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Edward W. Goldstein
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, TX 77027-9012
Tel: 713-877-1515

FILED
08 JUL 15 AM: 16

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TEKNOWLEDGE CORPORATION

Plaintiff(s),

v.

CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

Defendant(s).

CASE NO. 08-3063 EMC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Edward W. Goldstein, an active member in good standing of the bar of the State of Texas and USDC for sdtx, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Teknowledge Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Michael E. Dergosits, Dergosits & Noah LLP, Four Embarcadero Center, Suite 1450, San Francisco, California 94111; 415-705-6377

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/9/08