UNITED STATES DISTRICT COURT

Northern District of California

TEKNOWLEDGE CORPORATION

08-7063

CASE NO. 08-0363 EMC

Plaintiff(s),

v.

CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

_____/

Edward W. Goldstein                                         , an active member in good standing of the bar of

the State of Texas and USDC for sdtx                    whose business address and telephone number

(particular court to which applicant is admitted)

is

Goldstein, Faucett & Prebeg, LLP, 1177 West Loop South, Suite 400, Houston, TX 77027-9012
(tel: 713-877-1515)
,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing TEKNOWLEDGE CORPORATION                     .

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:    July 15, 2008



IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
For the Northern District of California