1  Joseph E. Addiego III (CA State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone: (415) 276-6500
   Facsimile: (415) 276-6599
4  Email: joeaddiego@dwt.com

5  Attorneys for Defendant
   CELLCO PARTNERSHIP
6  d/b/a VERIZON WIRELESS

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKNOWLEDGE CORPORATION, ) | Case No. C 08-3063 EMC |
| ) | |
| Plaintiffs, ) | **NOTICE OF APPEARANCE OF JOSEPH E. ADDIEGO III AS COUNSEL FOR DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** |
| v. ) | |
| ) | |
| CELLCO PARTNERSHIP ) | |
| d/b/a VERIZON WIRELESS, ) | |
| ) | Magistrate Judge: Hon. Edward M. Chen |
| Defendant. ) | |
| ) | |

DAVIS WRIGHT TREMAINE LLP

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that JOSEPH E. ADDIEGO III hereby appears in the above-entitled action as counsel for Defendant CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon this attorney at the address and email address above stated.

DATED this 21st day of July, 2008.

DAVIS WRIGHT TREMAINE LLP


_____/s/_____
Joseph E. Addiego III

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS