MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

Edward W. Goldstein (TX Bar No. 08099500) (Of Counsel)
Corby R. Vowell (TX Bar No. 24031621) (Of Counsel)
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail: egoldstein@gfpiplaw.com
E-mail: cvowell@gfpiplaw.com

Attorneys for Plaintiff Teknowledge Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKNOWLEDGE CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and AT&T MOBILITY LLC<br><br>Defendants. | Case No. 3:08-CV-03063 (EMC)<br><br>**NOTICE OF APPEARANCE OF MICHAEL E. DERGOSITS AS CO-COUNSEL FOR TEKNOWLDGE CORPORATION**<br><br>Magistrate Judge: Hon. Edward M. Chen |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that MICHAEL E. DERGOSITS, DERGOSITS & NOAH LLP hereby appears in the above entitled action as co-counsel for Plaintiff TEKNOWLEDGE CORPORATION and requests that all further papers, pleadings, filings, and electronic filings, except original process, be served upon this attorney at the address and email above stated, and that all further papers, pleadings, filings, and electronic filings, except original process, continue

1

1  to be served on Edward W. Goldstein and Corby R. Vowell, GOLDSTEIN, FAUCETT &
2  PREBEG LLP at the address and email above stated.
3
4  Dated: July 25, 2008                              DERGOSITS & NOAH LLP
5
                                                     _____/s/_____
6                                                    By:  Michael E. Dergosits
                                                         Attorney for Plaintiff Teknowledge Corporation.
7

NOTICE OF APPEARANCE OF MICHAEL E. DERGOSITS FOR PLAINTIFF TEKNOWLEDGE CORPORATION
Case No. 08-03063 (EMC)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on July 25, 2008.

Dated: July 25, 2008                    DERGOSITS & NOAH LLP


_____/s/_____
By: Michael E. Dergosits
    Attorney for Plaintiff Teknowledge Corporation.