Joseph E. Addiego III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:            joeaddiego@dwt.com

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKNOWLEDGE CORPORATION, | Case No. C 08-03063 SI |
| Plaintiffs, | **ADR CERTIFICATION BY DEFENDANT CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS AND COUNSEL** |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | Hon. Susan Illston |
| Defendant. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

1

ADR CERTIFICATION
Case No. C 08-03063 SI

DWT 11614218v1 0052051-011629

1    **(3)** Considered whether this case might benefit from any of the available dispute

2    resolution options.

| | |
|---|---|
| Dated: August 26, 2008 | Dated: August 26, 2008 |
| CELLCO PARTNERSHIP<br>d/b/a VERIZON WIRELESS | DAVIS WRIGHT TREMAINE LLP |
| By:   */s/ Michael Holden*  .<br>    MICHAEL HOLDEN<br>    Assistant General Counsel<br>    VERIZON WIRELESS | By:   */s/ Joseph E. Addiego III*  .<br>    JOSEPH E. ADDIEGO III<br><br>    Attorneys for Defendant<br>    CELLCO PARTNERSHIP<br>    d/b/a VERIZON WIRELESS |

DAVIS WRIGHT TREMAINE LLP