| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Kevin Anderson
Wiley Rein LLP
1776 K. Street, N.W.
Washington, DC 20006
202-719-7000

**FILED**
AUG 26 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Teknowledge Corporation

                    Plaintiff(s),

        v.

Cellco Partnership

                    Defendant(s).

CASE NO. 3:08-cv-03063-SI

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Kevin Paul Anderson, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Cellco Partnership in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joseph Addiego, Davis Wright Tremaine LLP, 505 Montgomery Street. Suite 800, San Francisco, CA 94111-6533, (415) 276-6500

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/26/08

*[signature: Kevin Anderson]*

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022778
Cashier ID: bucklem
Transaction Date: 08/26/2008
Payer Name: Specialized Legal Services,
------------------------------------
PRO HAC VICE
 For: kevin p anderson
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 31939
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-3063si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

UNITED STATES DISTRICT COURT

Northern District of California

Teknowledge Corporation

CASE NO. 3:08-cv-03063-SI

Plaintiff(s),

v.

Cellco Partnership

Defendant(s).

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Kevin Paul Anderson, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Wiley Rein LLP, 1776 K. Street, N.W., Washington, D.C., 20006, (202) 719-7000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Cellco Partnership

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District   Judge