IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEKNOWLEDGE CORP,<br><br>        Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP,<br><br>        Defendant.<br>_____/ | No. C 08-03063 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 3, 2009</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 25, 2009</u>.

DESIGNATION OF EXPERTS: <u>10/30/09</u>; REBUTTAL: <u>11/30/09</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 22, 2002</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 19, 2010</u>;

    Opp. Due <u>March 5, 2010</u>; Reply Due <u>3/12/10</u>;

    and set for hearing no later than <u>March 26, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 25, 2010</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>June 7, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>six</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall prepare and file a proposed order setting forth all of the patent briefing deadlines.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge