MICHAEL E. DERGOSITS (State Bar No. 118206)
DERGOSITS & NOAH, LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com

EDWARD W. GOLDSTEIN, admitted *pro hac vice*
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1145
Email: egoldstein@gfiplaw.com

Attorneys for Plaintiff TEKNOWLEDGE CORPORATION

JOSEPH E. ADDIEGO III (State Bar No.169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com

KEVIN P. ANDERSON (D.C. Bar No. 476504), admitted *pro hac vice*
WILEY REIN LLP
1776 K. Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: kanderson@wileyrein.com

Attorneys for Defendant
CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TEKNOWLEDGE CORPORATION, | ) Case No. C 08-03063 SI |
| Plaintiff, | ) |
| | ) **FINAL JUDGMENT** |
| v. | ) |
| | ) **The Hon. Susan Illston** |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | ) |
| Defendant. | ) |

FINAL JUDGMENT
Case No. C 08-03063 SI

DWT 12705890v1 0052051-011629

Defendant Cellco Partnership d/b/a Verizon Wireless' ("Verizon Wireless") motion for summary judgment of invalidity of all asserted claims of U.S. Patent No. 6,029,175 ("the '175 patent") was granted by order dated May 18, 2009. Verizon Wireless' counterclaims have been dismissed without prejudice to refiling in the event the May 18, 2009 order is reversed on appeal. Judgment is entered accordingly.

IT IS ORDERED AND ADJUDGED that all asserted claims are extinguished and that this action is DISMISSED in its entirety. Each party shall bear its own attorney's fees and costs.

Dated: _____, 2009  _____

The Honorable Susan Illston
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP

1

FINAL JUDGMENT
Case No. C 08-03063 SI
DWT 12705890v1 0052051-011629

Respectfully submitted on May 29, 2009:

| | |
|---|---|
| MICHAEL E. DERGOSITS (State Bar No. 118206)<br>TEDDY K. JOE (State Bar No. 242589)<br>DERGOSITS & NOAH, LLP<br>Four Embarcadero Center, Suite 1450<br>San Francisco, CA 94111<br>Telephone: (415) 705-6377<br>Facsimile: (415) 750-6383 | JOSEPH E. ADDIEGO III (State Bar No.169522)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Telephone: (415) 276-6500<br>Facsimile: (415) 276-6599 |
| EDWARD W. GOLDSTEIN, admitted *pro hac vice*<br>CORBY R. VOWELL, admitted *pro hac vice*<br>GOLDSTEIN, FAUCETT & PREBEG, LLP<br>1177 West Loop South<br>Suite 400<br>Houston, TX 77027<br>Telephone: (713) 877-1515<br>Facsimile: (713) 877-1145 | KEVIN P. ANDERSON (D.C. Bar No. 476504), admitted *pro hac vice*<br>WILEY REIN LLP<br>1776 K. Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 719-7000<br>Facsimile: (202) 719-7049<br>Email: kanderson@wileyrein.com |
| /s/<br>*Attorneys for Plaintiff Teknowledge Corporation* | /s/<br>*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless* |